

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00364-CV

Jose **ESCOBEDO**,
Appellant

v.

Josie Caballero **MEDILLIN**, Alfonso Caballero, and David Caballero,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-04003
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:   October 28, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.

42.1(a)(1). No costs shall be assessed against appellant because he is indigent.

PER CURIAM